DEVIN R. GIFFORD, ESQ.
Nevada State Bar No. 14055
MATTHEW J. COOK ESQ.
Nevada State Bar No. 15028
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE:(702) 258-6662
dgifford@bremerwhyte.com
mcook@bremerwhyte.com

Attorneys for Defendant,
Associated Materials LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL SOLUTIONS WINDOW AND MORE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIATED MATERIALS, LLC, a Foreign Limited Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No. 2:25-cv-02302<br><br>**ORDER TO REMAND CASE** |

Plaintiff Universal Solutions Window and More, LLC and Defendant Associated Materials, LLC, by and through their respective counsel, agree that the case should be remanded to the Eighth Judicial District Court. Each party to bear their own

///

///

///

///

///

1. attorneys' fees and costs.

2. DATED this 01 day of December 2025                    DATED this 01 day of December, 2025

3. **MARQUIS AURBACH CHTD.**                             **BREMER WHYTE BROWN & O'MEARA LLP**

5. */s/ Jared M. Moser*                                  */s/ Matthew J. Cook, Esq.*
   Cody S. Mounteer, Esq.                                Devin R. Gifford, Esq.
   Nevada Bar No. 11220                                  Nevada Bar No. 14055
   Jared M. Moser, Esq                                   Matthew J. Cook, Esq.
   Nevada Bar No. 13003                                  Nevada Bar No. 15028
   Mckenna J. Sullivan, Esq.                             1160 North Town Center Drive,
   Nevada Bar No. 16634                                  Suite 250
   10001 Park Run D                                      Las Vegas, Nevada 89144
   Las Vegas, NV 89145                                   *Attorneys for Defendant*
   *Attorneys for Plaintiff Universal*                   *Associated Materials, LLC*
   *Solutions Window and More, LLC*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

7591.001 4937-3251-5452, v. 2

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is remanded to the Eighth Judicial District Court. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED this __1__ day of December, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court

Submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

s/ Matthew J. Cook, Esq.
Devin R. Gifford, Esq.
Nevada Bar No. 14055
Matthew J. Cook, Esq.
Nevada Bar No. 15028
1160 North Town Center Drive,
Suite 250
Las Vegas, Nevada 89144
*Attorneys for Defendant
Associated Materials, LLC*

7591.001  4937-3251-5452, v. 2

| | |
|---|---|
| **From:** | Jared M. Moser |
| **To:** | Matthew J. Cook; Devin R. Gifford |
| **Cc:** | Cody Mounteer; McKenna J. Sullivan; Kathy MacElwain; Jennifer P. Case; Jessica J. Madsen; Angelica Lucero De La Cruz; Amanda Armstrong |
| **Subject:** | RE: Universal Solutions v. Associated Materials; No. 2:25-cv-2302; MAC File No. 17845-001 [IWOV-IMANAGE.FID1381842] |
| **Date:** | Monday, November 24, 2025 3:46:01 PM |
| **Attachments:** | image001.png |

If you would, please, add Mr. Mounteer and Ms. Sullivan to the signature block, and correct my bar number (should be 13003).

With those changes, you have my authorization to use my e-signature for submission.

Thank you,



**Jared M. Moser, Esq.**

10001 Park Run Drive

Las Vegas, NV 89145

t | 702.942.2171

f | 702.382.5816

jmoser@maclaw.com

maclaw.com